51 So.2d 260

### Gavin ANDERSON v. STATE.
#### 4 Div. 641.

Supreme Court of Alabama.
March 15, 1951.

Geo. C. Wallace, Jack W. Wallace and M. I. Jackson, of Clayton, for petitioner.

Si Garrett, Atty. Gen., opposed.

LAWSON, Justice.

Petition of Gavin Anderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Anderson v. State, 35 Ala.App. 557, 51 So.2d 257.

Writ denied.

LIVINGSTON, C. J., and FOSTER and STAKELY, JJ., concur.